FILED IN
COURT OF CRIMINAL APPEALS

February 6, 2015

ABEL ACOSTA, CLERK

PD-0145-15

12-13-00181-CR

PD-0145-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 2/6/2015 1:12:58 PM
Accepted 2/6/2015 4:02:06 PM
ABEL ACOSTA
CLERK

## IN THE
## COURT OF APPEALS
## FOR THE TWELFTH DISTRICT
## TYLER, TEXAS

NICKY CHARUNE AGNEW, Appellant

VS.

THE STATE OF TEXAS, Appellee

## MOTION FOR EXTENSION TO FILE PETITION FOR DISCRETIONARY REVIEW ("PDR")

TO THE HONORABLE COURT OF CRIMINAL APPEALS:

COMES NOW, petitioner, NICKY CHARUNE AGNEW, who moves the Court to extend the time to file his PDR.

The deadline for filing petitioner's PDR is February 6, 2015. Tex. R. App. P. 10.5(b)(1)(A). The deadline for filing this motion to extend time to file PDR is February 21, 2015. Tex. R. App. P. 10.5(b)(1)(A).

Petitioner seeks a (30) thirty-day extension. Tex. R. App. P. 10.5(b)(1)(B).

The undersigned would benefit from additional time to research the possible claims at issue in this case in order to craft a clear and narrowly tailored PDR. Tex. R. App. P. 10.5(b)(1)(C).

1

Petitioner has not previously requested or been granted any extension. TEX. R. APP. P. 10.5(b)(1)(D).

The court of appeals was the 12th District Court of Appeals at Tyler. TEX. R. APP. P. 10.5(b)(3)(A). The date of the original judgment of the court of appeals was November 25, 2014. TEX. R. APP. P. 10.5(b)(3)(B). Petitioner thereafter filed a timely motion for rehearing. On January 7, 2015, the court of appeals overruled Petitioner's motion for rehearing, withdrew is prior opinion of November 25, 2014 and entered a new order of affirmance. The case number and style of the case in the court of appeals is *Nicky Charune Agnew v. State, Cause No. 12-13-00181-CR.* TEX. R. APP. P. 10.5(b)(3)(C).

For all the above reasons, petitioner respectfully requests an extension of time of thirty days to file his PDR.

WHEREFORE, PREMISES CONSIDERED, based upon the foregoing reasonable explanation, petitioner prays that the Court extend the time to file his PDR thirty days. Petitioner further requests all other relief to which he may be entitled.

Respectfully submitted,

/s/ Carlo D'Angelo
Carlo D'Angelo
State Bar No. 24052664
100 East Ferguson, Suite 1210
Tyler, Texas 75703

2

Tel. 903.595.6776
Fax 903.407.4119
carlo@dangelolegal.com
Attorney for the Appellant

## CERTIFICATE OF SERVICE

I certify that on February 6, 2015 a true and correct copy of "Petitioner's First Motion to Extend Time to File PDR" was sent to the following:

Assistant District Attorney Mike West
Smith County District Attorney
100 North Broadway, 4th Floor
Tyler, TX 75702
mwest@smith-county.com

State Prosecuting Attorney of Texas
P.O. Box 13046
Austin, Texas 78711-3046

Twelfth Court of Appeals
Tyler Division
1517 West Front Street, Suite 354
Tyler, Texas 75702

Nicky Charune Agnew
TDCJ No. 01859940
Texas Dept. of Criminal Justice
Telford Unit
3899 State Highway 98
New Boston, Texas 75570


/s/ Carlo D'Angelo
Carlo D'Angelo

3